[No. 10355-5-I.  Division One.  December 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE RODRIQUEZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02888-6, Jerome M. Johnson, J., entered May 6, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 10747-0-I.  Division One.  December 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY ANTHONY McCRANEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00904-9, David C. Hunter, J., entered September 24, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 10158-7-I.  Division One.  December 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE NORMAN HOLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-05593-5, George T. Mattson, J., entered March 18, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.